### Jim LAWRENCE v. STATE.
6 Div. 745.

Supreme Court of Alabama.
May 9, 1935.

A. A. Carmichael, Atty. Gen., and Ernest B. Fite, of Hamilton, for the State.

J. A. Posey, of Haleyville, for respondent.

THOMAS, Justice.

Petition of the State of Alabama, by and through its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Lawrence v. State, 161 So. 260.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.